## Kushik *v.* Kushik, Appellant.

Argued November 14, 1972. *Charles E. McKissock,* for appellant; no oral argument was made nor brief submitted for appellee.

Order affirmed; reargument refused May 1, 1973.